UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHILDES M. McCASLIN, IV | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:03-cv-1555-TAB-JDT |
| | ) | |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF TEAMSTERS LOCAL 135, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF JUDGMENT**

The Court, having granted summary judgment in favor of Defendants International Brotherhood of Teamsters Local 135 and USF Holland, Inc. as to all claims brought by Plaintiff Shildes M. McCaslin, IV, hereby enters judgment in favor of International Brotherhood of Teamsters Local 135 and USF Holland, Inc. and against Shildes M. McCaslin, IV. This action is dismissed with prejudice. Costs are awarded to the Defendants.

So ordered. DATED: 06/09/2005

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John Anton Berg
CONNELLY SHEEHAN MORAN
jberg@csm-law.com

Kevin P. Connelly
CONNELLY SHEEHAN MORAN
kconnelly@csm-law.com

Rachel R. Cowen
CONNELLY SHEEHAN MORAN
150 South Wacker Drive, Suite 1600
Chicago, IL 60606

Edward R. Hannon
HANNON HUTTON & ASSOCIATES, P.C.
ehannon@hannonhutton.com

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE
glohman@fdgtlaborlaw.com

Donald S. Smith
RILEY BENNETT & EGLOFF LLP
dsmith@rbelaw.com

Fred O. Towe
FILLENWARTH DENNERLINE GROTH & TOWE
ftowe@fdgtlaborlaw.com